*In re* Otto H. Currás Ortiz.

*Número:* CP-95-6          *Resuelto:* 26 de septiembre de 1997

*Otto H. Currás Ortiz, pro se.*

## RESOLUCIÓN

Examinada la moción del peticionario licenciado Currás Ortiz, y habiendo transcurrido el término mínimo de un (1) año de suspensión de la abogacía, *se autoriza su reinstalación como abogado.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

(*Fdo.*) Isabel Llompart Zeno
*Secretaria del Tribunal Supremo*